WILLIAM C. McCORRISTON #995-0
DAVID J. MINKIN #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail: mccorriston@m4law.com; minkin@m4law.com

ABBE DAVID LOWELL (*pro hac vice*)
1901 L. Street NW
Washington, DC 20036
Telephone:  202-282-5000
Facsimile:  202-282-5100
E-mail: ADLowell@winston.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| IN RE: CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST,<br><br>Movant. | MISC. NO. 21-19<br>[CR NO. 20-00068 LEK]<br><br>DEFENDANT NICKIE MALI LUM DAVIS' STATEMENT OF NO OPPOSITION TO MOVANT'S MOTION TO UNSEAL ADDENDUM TO MEMORANDUM OF PLEA AGREEMENT [DKT. 16]; CERTIFICATE OF SERVICE |
|---|---|

418404.1

DEFENDANT NICKIE MALI LUM DAVIS' STATEMENT OF NO OPPOSITION TO MOVANT'S MOTION TO UNSEAL ADDENDUM TO MEMORANDUM OF PLEA AGREEMENT [DKT. 16]

Defendant Nickie Mali Lum Davis through, her undersigned counsel, respectfully submits her statement that she has no opposition to Movant's *Motion to Unseal Addendum to Memorandum of Plea Agreement [Dkt. 16]*, filed January 15, 2021.  ECF No. 1.

DATED:  Honolulu, Hawai'i, January 26, 2021.

/s/ William C. McCorriston
WILLIAM C. McCORRISTON
DAVID J. MINKIN
ABBE DAVID LOWELL (*pro hac vice*)

Attorneys for Defendant
NICKIE MALI LUM DAVIS

418404.1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and methods indicated below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

Robert Brian Black, Esq.        brian@civilbeatlawcenter.org

Attorney for Movant
    Civil Beat Law Center for the Public Interest

John D. Keller, Esq.            John.Keller2@usdoj.gov
Nicole R. Lockhart, Esq.        Nicole.Lockhart@usdoj.gov
Kenneth R. Sorenson, Esq.       ken.sorenson@usdoj.gov
James C. Mann, Esq.             James.Mann@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaiʻi, January 26, 2021.

                                        */s/ William C. McCorriston*
                                        WILLIAM C. McCORRISTON
                                        DAVID J. MINKIN
                                        ABBE DAVID LOWELL (*pro hac vice*)

                                        Attorneys for Defendant
                                        NICKIE MALI LUM DAVIS