KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:ken.sorenson@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JOHN D. KELLER
Principal Deputy Chief

SEAN F. MULRYNE
Deputy Director, Election Crimes
NICOLE R. LOCKHART
JAMES C. MANN
Trial Attorneys
Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST,<br><br>Movant. | MISC. NO. 1:21-mc-00019-LEK-WRP<br><br>RESPONSE TO MOTION TO UNSEAL ADDENDUM<br><br>DATE: February 19, 2021<br>TIME: 10:30 a.m.<br>JUDGE: Leslie E. Kobayashi |

RESPONSE TO MOTION TO UNSEAL ADDENDUM TO MEMORANDUM
OF PLEA AGREEMENT

Movant Civil Beat Law Center for the Public Interest ("Civil Beat") filed a motion to unseal the addendum to the memorandum of plea agreement in the matter of United States v. Davis, Cr. No. 20-0068 LEK. Based on the current status of

related matters and the recent unsealing of related orders, the UNITED STATES OF AMERICA, by its undersigned attorneys, does not oppose the motion to unseal.

DATED: January 27, 2021, at Honolulu, Hawaii.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

_____
By: JOHN D. KELLER
Principal Deputy Chief
Sean F. Mulryne
Deputy Director, Election Crimes
Nicole R. Lockhart
James C. Mann
Trial Attorneys
Public Integrity Section

_____
MICHAEL NAMMAR
Chief, Criminal Division

_____
KENNETH M. SORENSON
Chief, National Security

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Robert B. Black, Esq.

Attorney for Petitioner
Civil Beat Law Center for the Public Interest

    Abbe Lowell, Esq.
    William McCorriston, Esq.
    David Minkin, Esq.

Attorneys for Interested Party
NICKIE MALI LUM DAVIS

DATED: January 27, 2021

John D. Keller