# MINUTE ORDER

CASE NUMBER: MISCELLANEOUS NO. 21-00019 LEK-WRP

CASE NAME: in re: Civil Beat Law Center for the Public Interest

JUDGE: Leslie E. Kobayashi    DATE: 2/10/2021

COURT ACTION: EO: COURT ORDER GRANTING MOTION TO UNSEAL ADDENDUM TO MEMORANDUM OF PLEA AGREEMENT AND DIRECTING UNSEALING

On January 21, 2021, this Court stated its inclination to grant Movant Civil Beat Law Center for the Public Interest's ("Civil Beat") Motion to Unseal Addendum to Memorandum of Plea Agreement filed on January 15, 2021 ("Motion to Unseal"). [Court Order Re Motion to Unseal, Filed 1/15/21, filed 1/21/21 (dkt. no. 4).] The parties were directed to file briefing by February 5, 2021. [Id.] Respondent Nickie Mali Lum Davis filed her statement of no opposition on January 26, 2021, [Defendant Nickie Mali Lum Davis' Statement of No Opposition to Movant's Motion to Unseal Addendum to Memorandum of Plea Agreement [Dkt. 16], filed 1/26/21 (dkt. no. 5),] and Respondent the United States of America filed its response on January 27, 2021, [Response to Motion to Unseal Addendum to Memorandum of Plea Agreement, filed 1/27/21 (dkt. no. 6)]. Both do not oppose the Motion to Unseal.

Based on the foregoing, the Court hereby:

1. GRANTS Civil Beat's Motion to Unseal;

2. ORDERS the Clerk of the Court to unseal the addendum to the Memorandum of Plea Agreement filed in United States v. Davis, Cr. No. 20-00068 LEK ("Davis Case") and to file the addendum in both the Davis Case and the instant case; and

3. VACATES the hearing on the Motion to Unseal scheduled for February 19, 2021 at 10:30 a.m.

Unless Civil Beat files an objection to the closing of this case by no later than February 20, 2021, the Court DIRECTS the Clerk's Office to close the case on February 21, 2021.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager